IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

ANTHONY T. JOHNSON, §
§
    Petitioner, §
§
v. § 2:17-CV-0058
§
LORIE DAVIS, Director, §
Texas Department of Criminal Justice, §
Correctional Institutions Division, §
§
    Respondent. §

## ORDER ADOPTING REPORT AND RECOMMENDATION
## and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed an application for a writ of habeas corpus challenging a state prison disciplinary decision. On June 20, 2017, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the habeas application be denied. No objections to the Report and Recommendation have been filed as of this date.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the application for a writ of habeas corpus filed by petitioner is DENIED.

    IT IS SO ORDERED.

    ENTERED this \_\_\_**11th**\_\_\_ day of _____**July**_____ 2017.

                                                           *s/ Mary Lou Robinson*
                                                          MARY LOU ROBINSON
                                                          UNITED STATES DISTRICT JUDGE